| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | IN THE |
| | * | **COURT OF APPEALS** |
| | * | **OF MARYLAND** |
| **v.** | * | **Misc. Docket AG No. 13** |
| **JONATHAN ROBERT SCHUMAN** | * | **September Term, 2021** |

## ORDER

Upon consideration of the Petition for Disciplinary or Remedial Action, with attached certified copy of an Opinion entered June 10, 2021, whereby the District of Columbia Court of Appeals disbarred Jonathan Robert Schuman from the practice of law in the District of Columbia; and it appearing that Jonathan Robert Schuman is admitted to the Bar of this Court, it is this 8th day of July, 2021

**ORDERED**, by the Court of Appeals of Maryland, in accordance with Maryland Rule 19-737(d), that Jonathan Robert Schuman, Respondent, is hereby temporarily suspended, effective immediately, from the practice of law in the State of Maryland, pending further order of this Court; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Jonathan Robert Schuman from the register of attorneys in this Court and comply with the notice provisions of Maryland Rule 19-761.

/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk